IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DALIUVIS DELFINO GAINZA,

     Petitioner,

v.                                No. 2:26-cv-00028-KG-SCY

KRISTI NOEM, et al.,

     Respondents.

## ORDER TO SHOW CAUSE

Petitioner Daliuvis Delfin Gainza filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on January 7, 2026.  Doc. 1.  On February 3, 2026, the Court issued a Memorandum Opinion and Order granting the petition and ordering a bond hearing within seven days as well as a status report within ten days.  Doc. 14.  The Government has failed to do so.

IT IS THEREFORE ORDERED that the Government shall, within three business days of the entry of this Order, file a response and show cause why sanctions should not be imposed.  The Government shall also file a status report on Petitioner's custody within three days of the entry of this order.  Petitioner's reply, if any, shall be filed within three business days after the Government's response is filed.  The Clerk shall send a courtesy copy of this Order and the Petition to the U.S. Attorney's Office at the following email address: SANM.Civil.Immigration@usdoj.gov.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.